# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MCI WORLDCOM NETWORK SERVICES, INC., )
)
Plaintiff, )
)
v. ) Case No. 02 C 4394
)
ATLAS EXCAVATING, INC., )
)
Defendant. )

*FILED MAY 13 2003*
*MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*



**TO:** John P. Morrison, Bell Boyd & Lloyd, LLC
Three First National Plaza, 70 West Washington, Suite 3300, Chicago, Illinois 60602

James J. Prosek, Hall Estill Harkwick Gable Goden & Nelson, P.C.
320 South Boston Avenue, Suite 400, Tulsa, Oklahoma 74103-3708

*DOCKETED MAY 15 2003*

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **May 13, 2003**, we will file with the Clerk of the above Court, **Defendant's Motion for Leave of Court to Exceed Ten Deposition**, pursuant to provisions of the Illinois Civil Practice Act and the Rules of the Illinois Supreme Court. A copy is attached hereto.

JUMP & ASSOCIATES, P.C.

By: *[signature]*
R. Howard Jump
Christine M. Sparks

Jump & Associates, P.C.
Eleven South LaSalle Street
Suite 2000
Chicago, Illinois 60603
(312) 629-5757

## PROOF OF SERVICE

I certify that on the **12th** day of **May 2003**, a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein by depositing the same in the United States mail in envelope(s) properly addressed to each of them with sufficient first class postage affixed.

*[signature]*

# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MCI WORLDCOM NETWORK SERVICES, INC., | ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 02 C 4394 ) |
| ATLAS EXCAVATING, INC., | ) ) ) |
| Defendant. | ) |

**FILED MAY 13 2003**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED MAY 15 2003**

## MOTION FOR LEAVE OF COURT TO EXCEED TEN DEPOSITIONS

NOW COMES the Defendant ATLAS EXCAVATING, INC., by and through its attorneys, JUMP & ASSOCIATES, P.C., and moves the Court to enter an order granting ALTAS EXCAVATING, INC. leave to take more then ten (10) depositions, and in support thereof states as follows:

1. On October 15, 2002, MCI WORLDCOM NETWORK SERVICES, INC. filed its initial disclosure. In Plaintiff's Initial Disclosure, thirty-six (36) individuals were listed as persons likely to have discoverable information that supports Plaintiff's claims. All thirty six individuals are said to have knowledge of at least one of the following subjects: the incident, damage inflicted on MCI's cable, repair of MCI's cable, or calculation of MCI's damages.

2. ATLAS EXCAVATING, INC. believes that the depositions of all individuals listed in MCI's initial report are necessary in order to determine if MCI's location marks of the cable were properly marked and to determine how damages are calculated.

WHEREFORE, DEFENDANT, ATLAS EXCAVATING, INC., respectfully requests the Court to enter an order granting ATLAS EXCAVATING, INC. leave to take more then 10 depositions.

Respectfully submitted,

**JUMP & ASSOCIATES, P.C.**

By: *Christine M. Sparks*
R. Howard Jump
Christine M. Sparks

Jump & Associates, P.C.
Eleven South LaSalle Street
Suite 2000
Chicago, Illinois 60603
(312) 629-5757
**ATTORNEYS FOR DEFENDANT
ATLAS EXCAVATING, INC.**