

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4394 | **DATE** | 6/2/2003 |
| **CASE TITLE** | MCI WorldCom Network etc. Vs. Atlas Excavating, Inc. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendant seeks to take far more than ten depositions. For now, its motion is denied. The motion to compel is granted.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | JUN 3 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 16 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | FILED FOR DOCKETING | | |
| WAH | courtroom deputy's initials | 03 JUN -2 PH 5: 19 | date mailed notice | |
| | | U.S. DISTRICT COURT Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**
JUN 3 2003

| | |
|---|---|
| MCI WORLDCOM NETWORK SERVICES, INC, </br></br>Plaintiff,</br></br>vs.</br></br>ATLAS EXCAVATING, INC.,</br></br>Defendant. | No. 02 C 4394 |

## MEMORANDUM OPINION AND ORDER

Defendant seeks to take far more than ten depositions. For now, its motion is denied. Perhaps more than ten will ultimately be necessary, but initial depositions may well demonstrate that many of the persons defendant seeks to depose know far less than those deposed and can add nothing to what defendant learns, and plaintiff may well disclaim any interest in having them appear at trial. Until discovery is more advanced we cannot know if more than ten depositions are appropriate and, if so, how many and who.

The motion to compel is granted. Defendant does not contend that its response would be overly burdensome, only that much of the information is irrelevant. That may well be so, but that cannot be determined without knowing what it is.

_____
JAMES B. MORAN
Senior Judge, U. S. District Court

June 2 , 2003.

