DOY:jmc/233871   5-144-51

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MCI WORLDCOM NETWORK SERVICES, INC. | ) ) ) | |
| Plaintiff, | ) ) | No. 02 C 4394 |
| v. | ) ) | Judge Moran |
| ATLAS EXCAVATING, INC., | ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: John P. Morrison          James J. Proszek
    Robert P. Brown           Kimberly R. Beidler
    Bell Boyd & Lloyd LLC     Hall Estill Hardwick Gable Golden
    Three First National Plaza    & Nelson, P.C.
    70 West Madison Street, Suite 3300    320 South Boston Avenue, Suite 400
    Chicago, IL 60602         Tulsa, OK 74103-3708

PLEASE TAKE NOTICE that on **November 25, 2003 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable James P. Moran or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1843 of the Federal Building and shall then and there present **Defendants Motion for Leave to File its Counteclaim, Third Amended Complaint and Comparative Fault Affirmative Defense**, a copy of which is attached hereto and hereby served upon you.

ATLAS EXCAVATING, INC.

By: _____
    One of Its Attorneys

James K. Borcia, Esq.
David O. Yuen, Esq.
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that he served copies of the above documents upon the attorneys shown above via facsimile on the 20th day of November, 2003.

Subscribed and Sworn to before me this 20th day of November, 2003.

By: _____
Notary Public

"OFFICIAL SEAL"
BILL TOLIOPOULOS
COMMISSION EXPIRES 04/19/06

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MCI WORLDCOM NETWORK SERVICES, INC. | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | No. 02 C 4394 |
| v. | ) ) | Judge Moran |
| ATLAS EXCAVATING, INC., | ) ) | Magistrate Judge Brown |
| Defendant/Counter-Plaintiff. | ) | |

## MOTION FOR LEAVE TO FILE COUNTERCLAIM, THIRD AMENDED COMPLAINT AND COMPARTIVE FAULT AFFIRMATIVE DEFENSE

Defendants, Atlas Excavating, Inc. ("Atlas"), by and through its attorneys, Tressler, Soderstrom, Maloney & Priess, hereby moves this Court for leave to file its Counterclaim, Third Party Complaint and Comparative Fault Affirmative Defense, *instanter*, and in support thereof states as follows:

1. Evidence has been presented through various depositions that AT&T Corporation ("AT&T") located and marked the utility lines that are the subject of Plaintiff's Complaint in this lawsuit. These depositions have also revealed that the location of these lines was incorrectly marked.

2. In its Complaint, Plaintiff alleges that it marked the location of the utility lines.

3. Atlas' main defense to the Complaint is that the location of the lines was not marked properly.

4. The granting of this Motion will prejudice no party, as discovery is ongoing and no trial date has been set.

5. A copy of the Counterclaim, Third-Party Complaint and Comparative Fault Affirmative Defense are attached to this Motion.

WHEREFORE, Defendant, Atlas Excavating, Inc., respectfully requests the court to file its Counterclaim, Third-Party Complaint and Comparative Fault Affirmative Defense, *instanter*.

ATLAS EXCAVATING, INC.

By: _____
     One of Its Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606
(312)627-4000